In the Matter of CARLOS ABREU, Appellant, v NORMAN R. BEZIO, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Decided June 28, 2011

Appeal, insofar as taken from the Appellate Division order denying leave to appeal to the Court of Appeals, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; appeal, insofar as taken from the Appellate Division judgment dismissing the petition, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

JOEL L. AMAKER, SR., Appellant, v ELIZABETH V. WRIGHT, P.C., Respondent.

Submitted May 9, 2011; decided June 28, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

BRAD H. et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Submitted May 16, 2011; decided June 28, 2011

Motion to supplement the record on appeal denied.